# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3709

_____

Ahmed Ali Bukannan; Abdul            *
Elah Ali Bukannan; Abdul             *
Hameed Ali Bukannan; Hussain         *
Ali Bukannan; Yousef Ali Bukannan,   *
                                     *   Appeal from the United States
        Appellees,                   *   District Court for the
                                     *   Eastern District of Arkansas.
        v.                           *
                                     *   [UNPUBLISHED]
Dale Rutherford; Isaac Rutherford,   *
                                     *
        Appellants.                  *

_____

Submitted: March 28, 2003

Filed: May 30, 2003

_____

Before MELLOY, HEANEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

   Dale and Isaac Rutherford appeal the order of the district court[1] which granted summary judgment to Ahmed Ali Bukannan and his brothers on their claims for breach of contract and conversion. A jury determined the Rutherfords were liable for fraud and constructive fraud in the amount of $300,000, and that the amount of

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

damages for which the Rutherfords were liable for breach of contract and conversion was $152,000. The jury also awarded punitive damages of $450,000. Having carefully reviewed the record, we conclude that the district court properly granted summary judgment on the breach-of-contract and conversion claims in favor of the plaintiffs. See Get Away Club v. Coleman, 969 F.2d 664, 666 (8th Cir. 1992).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest.

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.